UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------------- x
                                                           :
SAJID TAXTILE INDUSTRIES PVT.,                             :
LTD., DALAL INDUSTRIES PVT,                                :
LTD., YUNUS TEXTILE MILLS, LTD.,                           :
KAM INTERNATIONAL, LIBERTY                                 :
TEXTILES, AFROZE TEXTILE                                   :
INDUSTRIES PVT., LTD.,                                     :
INTERNATIONAL TEXTILE LTD.,                                :
TOWELLERS, LTD. and BARI MILLS,                            :
                                                           :
                    Plaintiffs,                            :     CIVIL ACTION
                                                           :
vs.                                                        :     File No: 1:08-CV-1487 (CAP)
                                                           :
DAN RIVER, INC, a Georgia                                  :
corporation, H.W. BAKER LINEN CO.,                         :
INC., a foreign corporation, H.W.                          :
BAKER LINEN CO., LLC, a foreign                            :
limited liability company, BEST                            :
TEXTILES INTERNATIONAL, LTD. a                             :
foreign corporation, and GHCL, LTD.,                       :
an alien corporation,                                      :
                                                           :
                    Defendants.                            :
                                                           :
---------------------------------------------------------- x

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Best Textiles International, Ltd., GHCL Inc., and GHCL, Ltd. certifies that:

(1) GHCL Inc. owns 10% or more of the stock of Best Textiles International, Ltd.;

(2) Indian Britain BV and GHCL, Ltd. directly or indirectly own 10% or more of the stock of GHCL Inc.; and

(3) GHCL, Ltd. is a publicly traded company on the Mumbai stock exchange.

Dated: October 17, 2008
Atlanta, Georgia

MCKENNA LONG & ALDRIDGE LLP

By: _____s/J. Michael Levengood_____
Robert A. Bartlett (State Bar. No.: 040550)
J. Michael Levengood (State Bar. No.: 447934)

303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
Tel.: (404) 527-4830
Fax.: (404) 527-4198

- and -

WILLKIE FARR & GALLAGHER LLP
John C. Longmire
Jordan M. Alpert
787 Seventh Avenue
New York, New York  10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

Co-Counsel for Best Textiles International, Ltd., GHCL, Ltd., and GHCL, Inc.

ATLANTA:5051029.1