```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| SAJID TEXTILE INDUSTRIES PVT., LTD., et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:08-CV-1487-CAP |
| DAN RIVER, INC., et al., | |
| Defendants. | |

### **O R D E R**

Discovery in the above-styled case closed on March 2, 2010 [Doc. No. 40]. Then, because the parties did not file motions for summary judgment, the court issued a notice in this matter on June 1, 2010, directing the parties to file their proposed pretrial order by June 21, 2010. As of June 30, 2010, the parties have not complied with the court's directive to file their proposed pretrial order. Accordingly, pursuant to Local Rule 16.5, the court DISMISSES this case for failure to comply with the court's pretrial instructions. The clerk is DIRECTED to close this file.

SO ORDERED, this 30th day of June, 2010.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge